# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MI AE DECOVICH, | CASE NO.: 2:14-CV-00394-RCJ-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#19[1]) entered on May 21, 2015, recommending that the Court deny Plaintiff's Motion for Reversal or Remand (ECF #15) and grant Defendant's Cross-Motion to Affirm (ECF #16). Plaintiff's Objections to Magistrate's Report and Recommendation (ECF #20) was filed on June 4, 2015.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#19) entered on May 21, 2015, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Plaintiff's Motion for Reversal or Remand (ECF #15) is DENIED.

IT IS FURTHER ORDERED that the Defendant's Cross-Motion to Affirm (ECF #16) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and close the case.

IT IS SO ORDERED this 5TH day of June, 2015.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.